Alva **GUTIERREZ**, Plaintiff–Appellee,

v.

**MUNICIPAL COURT OF THE SOUTHEAST JUDICIAL DISTRICT, COUNTY OF LOS ANGELES, incorrectly sued as "County of Los Angeles, a public entity; Porter De Debovay; John W. Bunnett; and Russell F. Schooling, in their capacity as officials having authority to issue personnel rules for employees of the County of Los Angeles at the Municipal Court of the Southeast Judicial District," Defendants–Appellants.**

Alva **GUTIERREZ**, Plaintiff–Appellee,

v.

**Porter DE DEBOVAY; John W. Bunnett; and Russell F. Schooling, Defendants–Appellants.**

Nos. 85–5931, 85–6532 and 86–5888.

United States Court of Appeals, Ninth Circuit.

May 18, 1989.

Before BROWNING, TANG and REINHARDT, Circuit Judges.

## ORDER

Pursuant to the order of the Supreme Court, —— U.S. ——, 109 S.Ct. 1736, 104 L.Ed.2d 174 the opinion in this case, reported at 838 F.2d 1031 (9th Cir.1988), is vacated and the appeal is dismissed as moot. The district court is instructed to dismiss its judgment. *See United States v. Munsingwear*, 340 U.S. 36, 71 S.Ct. 104, 95 L.Ed. 36 (1950).